ACCEPTED
06-17-00212-cr
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/30/2017 11:57 AM
DEBBIE AUTREY
CLERK

## FOR THE SIXTH COURT OF APPEALS
## AT TEXARKANA, TEXAS

| | | |
|---|---|---|
| **KENDRIC BRACKEN** | § | FILED IN<br>6th COURT OF APPEALS |
| **Appellant** | § | **CASE NO. 06-17-00212-cr** TEXARKANA, TEXAS |
| **VS.** | § | 11/30/2017 11:57:56 AM |
| | § | **TRIAL COURT NO. 17-0237X** DEBBIE AUTREY |
| **THE STATE OF TEXAS** | § | Clerk |
| **Appellee** | § | |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned hereby makes his appearance as counsel of record for Appellant, KENDRIC BRACKEN, and requests the Court to note such appearance upon the docket of this Court. Counsel was appointed on November 21, 2017 to represent Appellant in regards to his Appeal in the above-referenced matter.

Respectfully submitted,

_____
JASON D. CASSEL
Texas State Bar No. 24006970
jdc@emafirm.com
P.O. Box 2649
Longview, Texas 75606
Telephone 903-757-8449
Facsimile   903-758-7397
*ATTORNEY FOR THE APPELLANT*
*KENDRIC BRACKEN*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was delivered to Coke Solomon, Counsel for Appellee on this the 30th day of November, 2017.

_____
JASON D. CASSEL